**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW WHITFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Case No. 1:22-cv-00147-PGG |
| v. | ) |
| | ) |
| COREPOINT LODGING INC., MITESH B. | ) |
| SHAH, JAMES R. ABRAHAMSON, | ) |
| GLENN ALBA, JEAN M. BIRCH, ALAN J. | ) |
| BOWERS, GIOVANNI CUTAIA, ALICE | ) |
| E. GOULD, B. ANTHONY ISAAC, BRIAN | ) |
| KIM, and DAVID LOEB, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 29, 2022

**RIGRODSKY LAW, P.A.**

By:   */s/ Gina M. Serra*
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: tjm@rl-legal.com
Email: gms@rl-legal.com
Email: vl@rl-legal.com

*Attorneys for Plaintiff*